UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN L. WEBB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | No. EDCV 09-624 SJO (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT IS ORDERED that defendants' Motion for Summary Judgment is granted and that Judgment be entered dismissing this action with prejudice.

DATED: 3/16/11

　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　United States District Judge