UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN L. WEBB,<br><br>          Plaintiff,<br><br>     v.<br><br>SHERIFF OF SAN BERNARDINO, et al.,<br><br>          Defendants. | No. EDCV 09-624 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: March 16, 2011

*S. James Otero*

———————————————
S. JAMES OTERO
United States District Judge